AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SMLX TECHNOLOGIES, INC.

**WAIVER OF INDICTMENT**

CASE NUMBER: **00-6328**

**CR - FERGUSON**
MAGISTRATE JUDGE
SNOW

SMLX Technologies, Inc., the above named defendant, which is accused of Introducing Adulterated Medical Devices Into Interstate Commerce, in violation of Title 21, United States Code, Section 331(a), and being advised of the nature of the charge, the proposed information, and of its rights, through the undersigned representative hereby waives in open court on November 29, 2000, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

SMLX Technologies, Inc.
Defendant.
By JOEL MARCUS
As C.R.O.

Benedict Kuehne, Esq.
Counsel for Defendant

Before _____ 11/29/00
UNITED STATES MAGISTRATE JUDGE