COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: SMLX Technologies (surr)   CASE NO: 00-6328-CR-Ferguson
AUSA: Robert Nicholson *present*   ATTNY: Ben Kuehne & John Mariani *present*
AGENT: _____   VIOL: _____
PROCEEDING: Initial Appearance on Information   BOND REC: Atty. Kuehne
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: written is perm.
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Mr. Marcus here on behalf or corporation (Financial Officer)

A - Waives indictment

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: N/A
DATE: 11-29-00   TIME: 11:00am   TAPE # 00-095   PG # 5

3230 -