UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6328-CR-Ferguson

UNITED STATES OF AMERICA

vs

SMLX TECHNOLOGIES

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 11-29-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:    Address: *not applicable*

Telephone: 

DEFENSE COUNSEL:    Name: Ben Kuehne

Address: 

Telephone: 

BOND SET/CONTINUED:    $ *not applicable**

Bond hearing held: yes____ no _X_ Bond hearing set for _____

Dated this ___29___ day of __November__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-095

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services