UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6328-CR-FERGUSON/SNOW

　　Plaintiff,

NICHOLAS LEVANDOSKI,   **NOTICE OF APPEARANCE**

　　Defendant.
_____/

## TO THE CLERK OF THE ABOVE COURT:

You will please enter the appearance of the undersigned attorney for Defendant, NICHOLAS LEVANDOSKI, in the above-styled cause. Defendant respectfully requests, pursuant to Rule 49, Fed. R. Crim. P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance on behalf of Defendant, NICHOLAS LEVANDOSKI, for purposes of trial only and not for purposes of appeal.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand delivered to: Office of the U.S. Attorney, Ft. Lauderdale, Florida, this 29th day of November, 2000.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　MARTIN I. JAFFE, ESQUIRE
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　P.O. Box 9057
　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33310-9057
　　　　　　　　　　　　　　　　　(954) 985-4157

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　MARTIN I. JAFFE, ESQ.
　　　　　　　　　　　　　　　　　　　Florida Bar No. 244848

613172_1 DOC