UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NUMBER |
| | ) | 00-6328-CR-FERGUSON |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| SMLX TECHNOLOGIES, INC., | ) | THIS VOLUME: |
| | ) | |
| DEFENDANT. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE

HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON NOVEMBER 29, 2000, IN THE ABOVE-STYLED

MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    ROBERT N. NICHOLSON, A.U.S.A.

FOR THE DEFENDANT:    JOHN MARIANI, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE