SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6328-CR-WJF

DEFENDANT _Smly Technologies_   JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_   DATE _April 30, 2001_

Court Reporter _Brynn Dockstader_   USPO _K. Lomax_

AUSA _Robert Nicholson_   Deft's Counsel _Ben Kuehne_

COUNTS DISMISSED ___All Others___
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

FILED by _____ D.C.

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |

APR 30 200_

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | |

Right to appeal

Comments _(see J/C for details)_
$20,000.00 down and $10,000.00 Monthly.

Assessment $ _400.00_     Fine $ _150,000.00_

Restitution /Other _197,500.00_

**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service     _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

15