```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3                     FORT LAUDERDALE DIVISION
 4
 5   UNITED STATES OF AMERICA,    .   CASE 00-6328-CR-FERGUSON
                                  .
 6           PLAINTIFF,            .   MIAMI, FLORIDA
                                  .   APRIL 30, 2001
 7      V.                        .
                                  .
 8   SMLX TECHNOLOGIES,           .
                                  .
 9           DEFENDANT.           .
                                  .
10   . . . . . . . . . . . . . . .
11
12
13
14              TRANSCRIPT OF SENTENCING HAD
15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
16              UNITED STATES DISTRICT JUDGE.
17
18
19
20              - - - - -
21              PAGES 1 THROUGH 13
22              - - - - -
23
24   Original
25
                  BRYNN DOCKSTADER, RMR
                     (305) 523-5635
```

FILED by ___ D.C.
CT. REP.
MAY 0 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

# NOT

# SCANNED

PLEASE REFER TO COURT FILE