1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3                FORT LAUDERDALE DIVISION

FILED by _____ D.C.

MAY 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

4

5   UNITED STATES OF AMERICA,    .   CASE 00-6328-CR-FERGUSON
                                 .
6            PLAINTIFF,          .   MIAMI, FLORIDA
                                 .   APRIL 30, 2001
7            V.                  .
                                 .
8   SMLX TECHNOLOGIES,           .
                                 .
9            DEFENDANT.          .
                                 .
10  . . . . . . . . . . . . . .  .

11

12

13

14              TRANSCRIPT OF SENTENCING HAD

15     BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16            UNITED STATES DISTRICT JUDGE.

17

18

19

20                 - - - - -

21              PAGES 1 THROUGH 13

22                 - - - - -

23

24

25

                BRYNN DOCKSTADER, RMR
                  (305) 523-5623