# United States District Court

[JUL 26 2001]

## Southern District of Florida A-M-E-N-D-E-D

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **SMLX TECHNOLOGIES, INC** | Case Number: **0:00CR06328-001** |

Robert N. Nicholson, AUSA / Benedict P. Kuehne, Esq

### THE DEFENDANT:

Defendant's Attorney

☒ pleaded guilty to count(s) _____ One of the Information on January 12, 2001

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 331 (a) | Introduction and delivery for introduction into interstate commerce of adulterated and misbranded medical devices. | 01/12/1998 | 1 |
| 21 U.S.C. § 333 (a)(2) | | | |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ **N/A**

☒ Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | **07/25/2001** |
| Defendant's Date of Birth: | Date of Imposition of Judgment |
| Defendant's USM No.: | |
| Defendant's Residence Address: | |
| **855 South Federal Highway** | Signature of Judicial Officer |
| | **WILKIE D. FERGUSON, JR.,** |
| **Boca Raton**    **FL** | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **855 South Federal Highway** | July 26, 2001 |
| **Boca Raton**    FL | Date |

7/26/01

20

No further action required by
U.S. Marshals Service

James A Tassone
UNITED STATES MARSHAL

John Walker    A/SDUSM