UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FEB 0 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA                    Case No. 00-6328-CR-FERGUSON

    Plaintiff(s)

vs.

SMLX TECHNOLOGIES (J)

    Defendant(s).
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **REQUEST FOR RESTITUTION** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on February 28, 2002 at 9:30 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___6th___ day of February 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:
Kimberly Abel, AUSA
John Mariani, Esq.,