CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 0 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6328-CR-FERGUSON__    Date: __March 4, 2002__

Clerk: __Karen Gardner__    Reporter: __Kimberly Mesfun__

USPO: __Peter Williams__    Interpreter: _____

**UNITED STATES OF AMERICA vs.** __SMLX TECHNOLOGIES__

AUSA: ~~Kimberly Abel~~ Robin Rosenbaum (standing in for Robert Nicholson).

Defendant(s) Counsel: __John Mariani, Esq.,__

Defendant(s) Present __X__   Not Present ____   In Custody ____

Reason for hearing: **HEARING-ON REQUEST FOR RESTITUTION**

Result of hearing: Final amendment to follow.

Case Continued to: _____   Time: _____ P.M. _____