# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED by ___ D.C.
JUL 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

SECOND AMENDED
JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

v.

Case Number: 00-6328-CR-FERGUSON

SMLX TECHNOLOGIES, INC.

Counsel For Defendant: John Mariani, Esq.,
Counsel For The United States: Robert Nicholson, Esq.,
Court Reporter:

The defendant pleaded guilty to Count ONE (1) of the Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 331 (a) | INTRODUCTION AND DELIVERY FOR INTRODUCTION- MISBRANDED MEDICAL DEVICES | 01/12/1998 | 1 |
| 21 U.S.C. §333 (a)(2) | | | |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. N/A
Defendant's Date of Birth: N/A
Deft's U.S. Marshal No.: N/A

Date of Imposition of Sentence:
April 30, 2001

Defendant's Mailing Address:
855 South Federal Highway
Boca Raton, FL

Defendant's Residence Address:
855 South Federal Highway
Boca Raton, FL

Certified to be a true and correct copy of the document on file

By [signature]
Date 7/0/02

WILKIE D. FERGUSON, JR.
United States District Judge
July 15, 2002

U.S. Marshal

No further action required by
U.S. Marshals Service.

*Edward Stubbs, acting*
*UNITED STATES MARSHAL*

A SDUSM *Barry Golder*